FILED
3/30/2023
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:23-cr-52-BJD-LLL
21 U.S.C. §§ 846, 841(a)(1)

ZACHARIAH RYAN LUKE
    a/k/a "69" and
EVIN RAE DAVENPORT
    a/k/a "RAE RAE"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date, but not later than on or about November 5, 2021, and continuing through on or about November 24, 2021, in the Middle District of Florida, and elsewhere, the defendants,

ZACHARIAH RYAN LUKE
a/k/a "69" and
EVIN RAE DAVENPORT
a/k/a "RAE RAE"

did knowingly and willfully conspire with each other and other persons, both known and unknown to the grand jury, to distribute and to possess with intent to distribute controlled substances. The violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

## COUNT TWO

On or about November 12, 2021, in the Middle District of Florida, and elsewhere, the defendants,

> ZACHARIAH RYAN LUKE
> a/k/a "69" and
> EVIN RAE DAVENPORT
> a/k/a "RAE RAE"

did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT THREE

On or about November 14, 2021, in the Middle District of Florida, and elsewhere, the defendants,

> ZACHARIAH RYAN LUKE
> a/k/a "69" and
> EVIN RAE DAVENPORT
> a/k/a "RAE RAE"

did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT FOUR

On or about November 24, 2021, in the Middle District of Florida, District of South Carolina, and elsewhere, the defendants,

ZACHARIAH RYAN LUKE
a/k/a "69" and
EVIN RAE DAVENPORT
a/k/a "RAE RAE"

did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance. The violation involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2.

## FORFEITURE

1.   The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.   Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841(a)(1), the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1)

and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

                         A TRUE BILL,

                         Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

5

FORM OBD-34
3/29/23 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

### ZACHARIAH RYAN LUKE
a/k/a "69"
### EVIN RAE DAVENPORT
a/k/a "RAE RAE"

## INDICTMENT

Violations: CT 1: 21 U.S.C. §§ 846 and 841(b)(1)(A)
CT 2 & 3: 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2
CT 4: 21 U.S.C. § 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2

A true bill,

_____
Foreperson

Filed in open court this 30th day

of March, 2023.

_Thomas S. Perrotti_
Clerk

Bail $ _____

GPO 863 525